**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRACEY D. MCMILLAN-BOOKER** | : | |
| Plaintiff | : | **CIVIL ACTION NO.** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **HYDRO EXTRUSION USA, LLC** | : | |
| Defendant | | |

**COMPLAINT**

## I.   INTRODUCTION

1. Plaintiff, Tracey D. McMillan-Booker (TMB), is suing her former employer, Defendant, Hydro Extrusion USA, LLC (Hydro), for retaliation and race and gender discrimination under 42 U.S.C. § 1981, Title VII and the Pa. Human Relations Act (PHRA). During TMB's four years working for Hydro at their Mountain Top, Pennsylvania plant, TMB was the only black female manager at the plant. During TMB's four year tenure as Mountain Top's human resources manager, Hydro subjected TMB to a hostile work environment due to race, gender and/or in retaliation for complaints she repeatedly made about being treated differently due to her race and/or gender. TMB seeks compensatory and punitive damages (punitive damages sought under Section 1981 and Title VII only), back pay, front pay, loss of earnings, interest, costs, negative tax consequence damages, injunctive and declaratory relief and attorneys' fees from Hydro.

## II.   JURISDICTION AND VENUE

2. This Court has jurisdiction over TMB's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4) and 42 U.S.C. § 2000e-5(f).  Furthermore, this Court has jurisdiction over TMB's state law claim pursuant to 28 U.S.C. § 1367(a).

3. TMB has exhausted all remedies available to her as set forth in Title VII and the PHRA.

4. TMB filed a complaint with the Equal Employment Opportunity Commission (EEOC) in October 2022. She dual filed her complaint with the Pa. Human Relations Commission. On June 7, 2023, the EEOC issued a notice of right to sue.

5. The unlawful acts and practices of Hydro were committed within or upon the direction of its agents or by Hydro itself within the Commonwealth of Pennsylvania.

### III.  PARTIES

6. TMB is a black female residing in the Commonwealth of Pennsylvania.

7. Hydro is a wholly owned subsidiary of Norsk Hydro ASA, which is headquartered in Oslo, Norway. Norsk Hydro ASA is an aluminum and energy company founded in 1905 with about 31,000 employees worldwide.

8. Hydro is a Delaware LLC with about 5,000 employees in the United States.

9. Hydro earns about $800,000,000 (800 Million Dollars) in revenue per year.

10. Hydro is the world leader in extrusion-based aluminum solutions.

11. Upon information and belief, Hydro is a contractor of the U.S. Government.

### IV.  FACTS

12. From May 2018 through May 2022, TMB was the Human Resources Manager at Hydro's plant in Mountain Top in Luzerne County, PA.

13. When TMB initially started at Hydro, the Plant Manager was Justin Hanks, white male.

14. TMB reported to Mr. Hanks with a dotted line reporting responsibility to Frank M. Koller, white male, Region HR Manager.

15. Of the about 7 other HR managers who reported to Mr. Koller, TMB was the only black female.

16. Upon information and belief, during her tenure at Hydro, TMB was the only black female HR manager in the entire company.

17. Upon further information and belief, TMB was the first black female HR Manager Hydro had ever hired.

18. From the time TMB started at Hydro, she endured, observed and reported repeated instances of racially and gender-based discriminatory conduct.

19. During her first week as HR Manager, TMB was often referred to as the 'colored girl'. Whenever this happened, she told employees her name so they would stop referring to her as a racial object.

20. Most of the about 200 employees at Hydro's Mountain Top plant are middle age white males who view women and African Americans with disdain.

21. The following is a sampling of the discriminatory conduct TMB endured, observed or reported during her 4-year tenure at Hydro.

22. In June 2018, a Hydro employee commented 'where's your watermelon to go with your chicken'. When the employee, a white male, was asked about his comment, he claimed he meant to say, 'isn't this job better than picking cotton'. Both comments reference offensive racial stereotypes about African Americans.

23. In about June 2019, Hydro hired a white male attorney (Richard Sandler) to investigate TMB's hiring practices. One of the hires TMB was questioned about was Karen Mbaya-Mbae. TMB hired Ms. Mbaya-Mbae, an African female, in about March 2019 as an HR coordinator to assist her. When Ms. Mbaya-Mbae started at Hydro in

2019, white male employees commented that she was hired because the HR Manager (TMB) is your mom, which the employees knew was not true. White male employees also commented that Ms. Mbaya-Mbae should go back to Africa. Despite Mr. Koller being aware of this discriminatory conduct, nothing was done to hold any of these white male employees accountable for their unwelcomed and discriminatory conduct.

24. TMB was required to provide her hiring stats to Mr. Sandler. There was an assumption, likely based solely or mostly on the fact that both Ms. Mbaya-Mbae and TMB are black, that they were sisters. Ms. Mbaya-Mbae is from Kenya and has an accent. TMB is American and does not have an accent.

25. Upon information and belief, there are other Hydro locations in the US where white HR managers are related to other employees or contractors (including Savanah Bagwell (white female, HR Manager, her husband was hired as a contractor at plant she was HR Manager at), Fred Eubank (white male, Region HR Manager, his son did landscaping for his location), Amanda Potts (white female, HR Manager, she had a relative working for her) and Ben Kreiger (white male, Health, Safety and Environmental Manager, his uncle was a VP). Hydro did not question any of these comparable white managers about their hiring in the way that Hydro did with TMB.

26. Shortly after this 'investigation', Mr. Hanks referred to TMB as 'the brown lady'. It was a joke to him that Hydro had a black HR lady that's hiring black employees.

27. During a senior staff meeting in about August 2019, Mr. Hanks was collecting all the markers to place on the board. He made comments about red stands for …, yellow stands for …, and so on. When he got to brown, he said 'and brown, it's just a token, you know like our Tracey.' The room went silent, no one said anything. Later that day, I

expressed to Mr. Hanks how his comment was inappropriate. He apologized, but he admitted that in the moment the words just flowed.

28. In about early October 2019 during a phone conversation to discuss department changes, Mr. Hanks said 'we have the black axe on the phone again chasing out all the problem employees…'

29. In about mid-November 2019, TMB submitted a race discrimination complaint to Mr. Rubicky. In her written complaint to Mr. Rubicky, TMB outlined the racist behavior she had endured at Mountain Top, including the Mountain Top Plant Manager Justin Hanks (white male) repeatedly referring to her as 'the brown lady', Mr. Hanks referring to her during a staff meeting of the senior management team after reciting the purpose of each color of a box a markers, he identified the brown marker as an extra like 'our token Tracey', Mr. Hanks referring to TMB as the 'black axe', and commenting that another black female employee 'did that black girl thing like Tracey, and said with attitude come on Justin, you know I need that money'.

30. In December 2019, Hydro terminated Mr. Hanks.

31. Hydro terminated Mr. Hanks because of the complaints TMB and others made about him.

32. When TMB found out Hydro terminated Mr. Hanks, she was informed there were multiple alert line calls (more than 70) complaining about Mr. Hanks. TMB had been reporting all of the issues with Mr. Hanks' racially discriminatory conduct to Mr. Koller, however he never took any action and later denied even knowing about her complaints to him.

33. Mr. Koller was aware of Mr. Hanks' discriminatory conduct for months before Hydro terminated Mr. Hanks in December 2019. Despite Hydro knowing Mr. Hanks had engaged in repeated discriminatory conduct against TMB, after he was terminated, Hydro offered him a generous severance package and even paid him a bonus in 2020.

34. When Mr. Koller announced the termination of Mr. Hanks, he privately indicated to TMB that Ms. Mbaya-Mbae should be terminated because she was not meeting expectations. TMB drafted termination documentation for Mr. Koller's approval and sent it to him. He never responded and later promoted Ms. Mbaya-Mbae to be a recruiter in early 2020 shortly before the COVID-19 pandemic started in the US. When TMB asked Mr. Koller about this, he told her that it was easier to terminate a white person than a black person.

35. In about February 2020, after Mr. Koller promoted Ms. Mbaya-Mbae to the recruiter position, TMB was the only HR employee at the Mountain Top location. Shortly thereafter, the pandemic hit the US along with Hydro rolling out a new HR information and payroll system. TMB asked Mr. Koller if Ms. Mbaya-Mbae could split her time between her new role and HR. He never responded to TMB's request.

36. In early 2020, Mike Faust (another white male) became the plant manager at Mountain Top.

37. Throughout the spring into the summer of 2020, TMB was the only HR Manager who reported to Mr. Koller that had no supporting HR employee. All other HR Managers who reported to Mr. Koller were white males or white females.

38. In about June 2020, TMB learned that a member of Hydro's corporate office team may have contracted COVID-19. She met with Mr. Faust, Mr. Kreiger (white male, Safety Coordinator), and Frank Mellenchick (white male, Plant Extrusion Manager who reported to Mr. Faust). They agreed during this meeting that because of the sensitivity of this issue (potentially being infected with a deadly virus) that all follow-ups should go through TMB as the HR Manager. As per their agreement during the meeting, Mr. Faust was supposed to call TMB the next day with an update. Instead, Mr. Faust called Mr. Kreiger, who then called TMB. This was another example of Mr. Faust disrespecting TMB as a black female who was not part of Hydro's boys club.

39. In the summer of 2020, Hydro allowed TMB to hire an HR intern, however she had to financially fund the intern position through state grants that she had to apply for. The intern (Jessica R.) had a background in environmental. Because of this, Mr. Faust required TMB to share her with Mr. Kreiger's department.

40. Mr. Faust (who's white) knew that Mr. Krieger (who's also white) already had a team of four supporting him and TMB had no one supporting her.

41. In approximately September 2020, Mr. Kreiger failed to take any action against an employee of his (Phil Zenger) who made a comment that Fred Martin, a black employee, only received a recognition from Hydro because he's black and TMB is black.

42. After the intern returned to school in August 2020, TMB mostly worked as an HR department of one from the Fall of 2020 through her forced resignation in May 2022. She did have another intern for about 10 weeks and an HR Coordinator for about 5-6 weeks during this time, but other than that she was working alone notwithstanding every

other HR Manager who worked for Mr. Koller (who were all white males or white females) had support.

43. In about mid-March 2021 during a senior management conference call, TMB was discussing finances with Kristen Hudak, Controller, when she was abruptly cut off by Frank Mellenchick. This was yet another occasion where female managers were disrespected by male managers at Hydro.

44. After this happened, Ms. Hudak texted TMB 'So I guess I should ask Bob McHugh because he has a dick.'

45. In about September 2021, a basketball hoop was set up in the breakroom as a wellness initiative. The hoop was subsequently relocated to the Ano/Pack breakroom.

46. Subsequently, TMB learned from Jack, the union representative, that people were saying that happened because 'there are more black people on that side of the building'. Jack refused to identify the employees despite TMB's request for him to do so.

47. Also, in about September 2021, TMB helped Hydro roll out a diversity, equity and inclusion initiative. During the roll out, the instructor asked who in the audience had to speak to their family about how to behave when stopped by a police officer. TMB explained how her son was pulled over by a police officer who put a gun to his head. Mr. Koller texted TMB with the comment, 'I would have pulled you over too.' This was humiliating and completely insensitive to the highly emotional experience TMB was describing of what it's like for a young black male to be pulled over by the police. TMB was the only African American on the call with one other female cohort.

48. In 2021 TMB was allowed to hire an HR Mentor. The scope of this job would be mentoring new hires with a small part (about 30%) as an acting HR Coordinator.

8

During the interview process, TMB learned that Tiffany Weeks, a black female Hydro employee at Mountain Top, was interested in the HR Mentor position. Mr. Faust instructed TMB to meet with Adam, a white male employee with a poor safety record, and interview him for the HR Mentor role. TMB told Mr. Faust that Adam had not applied for the role nor expressed any interest in the role. On the other hand, Mr. Faust knew that Ms. Weeks had expressed interest in the role. TMB eventually hired Ms. Weeks for the role in about November 2021, however once she was hired, Mr. Faust told TMB that she could not use Tiffany with the HR capacity of the role.

49. In about November 2021, TMB learned that HR should be present for each DEI session. TMB emailed Mr. Koller to ask whether she should be on the calls relating to this and he said 'no'. After he could not get anyone else to attend the session, he reached back out to TMB to request her assistance for the meeting. Mr. Koller advised TMB that they would have a call with the DEI facilitator. According to Mr. Koller, TMB was supposed to receive a call the next day. When she did not, she followed up with Mr. Koller and he informed her the call was cancelled, and he forgot to update her on the cancellation. It was only in a different HR meeting that occurred a few days later that TMB learned Mr. Koller conducted the meeting with the DEI facilitator without her. When TMB called him out to understand, he claimed that 'I forgot to call you.'

50. Additionally, in about November 2021, TMB conducted an investigation while on vacation that a black male employee, Fred Martin, had falsified company documents. During the investigation, TMB discovered that Mr. Martin's white male supervisor, Bob Franks, and another white employee, Clinton Hashagen, had also falsified company documents. TMB recommended to Mr. Faust and Mr. Koller that all

three employees be disciplined with a first/final warning. Neither agreed on moving forward with disciplining Mr. Franks or Mr. Hashagen. When the three of them met again, Mr. Koller said he thought Mr. Martin should be fired, to which Mr. Faust agreed. Eventually, all three employees were placed on a first/final warning as TMB had recommended, but that was only after she told Mr. Koller and Mr. Faust about a white team member (Phil Zenker) previously being accused of the same thing and not being terminated.

51. Throughout 2021 and into 2022, TMB was performing all HR functions for Mountain Top alone, inclusive of company branding – corporate social responsibility, which required several networking meetings and events after hours and on weekends. This was exhausting and stressful. Mr. Koller was aware TMB was his only HR Manager working solo (without an HR Coordinator) and failed to provide support for her even though all of his other HR Managers, who were all white males or white females, had HR support.

52. In about January/February 2022, Jon Janshego, Operations Manager, told TMB that several of his employees had communicated to him that they would not come to TMB's office or meet with her to discuss HR issues because she is black and a woman. The members preferred Lori (per Jon, this was a white female who was no longer employed with Hydro). He also suggested several times that TMB stop attempting to discuss DEI (diversity, equity and inclusion).

53. In about February 2022, Stan Scott, Supply Chain Manager, reported that a team member referred to TMB as the 'colored girl'. The team member was identified as Leo Sipple; however, he was never disciplined for this racially discriminatory remark.

54. Also, in about February 2022, Hydro had a meet and greet session for new hires, who were mostly black. Kristen Hudak, white female, Controller, made a comment during this meeting in the presence of the new hires that Wilkes-Barre was a terrible place to live, and she would never go there. TMB texted her that the new hires (who were mostly black) lived in Wilkes-Barre and she should be mindful of others.

55. Around this time in early 2022, TMB met with Chris Noviello, Quality Manager, to share Jolynn Hickey is acting unprofessionally by saying TMB is 'protecting black team members'. TMB requested Mr. Noviello follow-up with Ms. Hickey, however he never did.

56. In March 2022 TMB was preparing for union contract negotiations, and she sent a calendar invite to Mr. Faust, Mr. Koller and Mr. Mellenchick. About 5-10 minutes before the scheduled meeting, TMB saw Mr. Koller and reminded him of their meeting. He said no problem. TMB went to the meeting conference room and waited for about 10-15 minutes and none of the three white males she had invited to the meeting showed up. About 30 minutes later, Mr. Koller called her and invited her to Mr. Faust's office where they were finishing up the meeting to prepare for the union contract negotiations. This was yet another example of Mr. Koller and the other white male managers excluding TMB from their boys' club.

57. Typically, when Mr. Koller or Rick Worst, white male VP, visited Mountain Top, they excluded TMB from meetings that she should have been included in as the HR Manager for the facility.

58. In about March/April 2022, during a senior staff meeting, TMB was sharing with the team about her encounter with a white employee that had reported to her office

to discuss requested documents. The employee was rude and had raised his voice (shouting). She went to meet with the team to discuss next steps, and as she was speaking, Mr. Kreiger rudely interjected and stated "next topic", disregarding TMB. She subsequently sent him a video of how it feels to be in a meeting while being excluded.

59. In April 2022, TMB was in Mr. Faust's office with Mr. Koller. Mr. Koller asked her if she would like to be the DEI (diversity, equity and inclusion) Coordinator for the region. TMB said yes, DEI is extremely important to her. Several days later, TMB learned that there was no such position.

60. Around that same time, Mr. Koller and TMB were supposed to meet for lunch at a hotel where they were doing union contract negotiations. TMB went to the hotel and waited for Mr. Koller. He never responded to TMB's calls, email and texts asking him where he was. Having not heard from Mr. Koller, TMB went to the local dollar store for a drink. She was so humiliated by what Mr. Koller had done to her that it triggered her anxiety so high that she urinated herself while she was in the store. Less than an hour later, TMB saw Mr. Koller, Mr. Faust and the company lawyer show up at the hotel for the union contract negotiations. Mr. Koller said nothing to her about ghosting her for their earlier lunch meeting.

61. Additionally, during the meeting that day, which was on or about April 28, 2022, Bob Kozelsky (white male, supervisor at the Mountain Top plant) called TMB. Mr. Kozelsky was yelling and screaming at her so loudly she had to move the phone away from her ear. He was shouting profanities at her. She asked him to calm down and take his concerns to his manager. He hung up on her. TMB asked Mr. Koller what he was going to do about Mr. Kozelsky's totally disrespectful conduct. Mr. Koller did nothing.

12

62. TMB asked Mr. Koller why men at Hydro have such a lack of respect for females. Mr. Koller said nothing. He later said Italian men don't tolerate that because women are more dominatrix and the matriarchs.

63. About a week later, TMB met with Mr. Kozelsky with Walt, his department manager, and Ms. Weeks. Mr. Kozelsky initially denied being rude to TMB, but then offered excuses for why he yelled at her. He was never disciplined or held accountable for his offensive conduct toward her.

64. Throughout TMB's tenure at Hydro, Mr. Mellenchick repeatedly provided only white employees with key roles. His supervisors were rude to black employees, and TMB often received complaints that the white supervisors were referring to the black employees as 'boy'. She met with one of the supervisors and explained he should not address the black employees who worked for him using 'boy'. The supervisor responded by telling TMB 'I don't understand why they get offended; they didn't pick cotton'.

65. On several occasions, members of the senior leadership team at Hydro's Mountain Top plant met with Mr. Faust to discuss the ongoing rumors that TMB was 'protecting' black employees. Mr. Faust often told TMB he was glad she was not at certain senior staff meetings as he had to continuously coach his leadership team on how to respond to these rumors.

66. On one occasion, TMB walked into a conference room and heard Ben Krieger, white male Safety Manager, discussing how black people that wear deadlocks do NOT wash their hair. TMB then educated Mr. Krieger and the other white employees in the room about the cultural differences of black people who wore dreadlocks.

13

67. Mr. Koller came to TMB's office to ask her about black employee Jamal Williams being promoted to a lead position and receiving a substantial raise in his hourly pay. TMB asked Mr. Koller why he was questioning this routine promotion and pay increase for Mr. Williams when he had not done so for Evan Dering, who's white, or other white employees who received substantial raises.

68. After enduring years of discriminatory and retaliatory treatment by senior management at Hydro, TMB reached the point where she could not take it anymore. She had developed severe anxiety, depression and post-traumatic stress disorder as a result of the barrage of discriminatory and retaliatory treatment Hydro subjected her to.

69. On about May 9, 2022, TMB submitted her forced resignation.

70. About a week later, TMB had an exit interview with Susan Moss, another HR manager for Hydro. During the exit interview, TMB shared about the struggles she persevered through during her 4 years at Hydro. TMB shared about how she felt discriminated against on a daily basis (referred to as the 'colored girl'), and no one, including her manager Mr. Koller, did anything about it. TMB shared about how white supervisors would give white employees pay raises but 'forget' to do the same for the black employees, how white supervisors excused white employees tardies and absences, but disciplined black employees, how white employees took extra breaks but black employees were singled out. TMB told Ms. Moss that she shared this with Mr. Koller and he did nothing.

71. Hydro subjected TMB to a racially, gender-based and retaliatory hostile work environment, discriminated against her due to her race and gender and forced her to terminate her employment.

72. Hydro engaged in intentional discrimination and retaliation against TMB with malice or reckless indifference to her rights under Section 1981 and Title VII.

## V.    CLAIMS

### COUNT I – RACE DISCRIMINATION
### TITLE VII, SECTION 1981 and THE PHRA

73. Paragraphs 1 through 72 are incorporated by reference as if fully set forth herein.

74. The acts, failures to act, practices and policies of Hydro set forth above constitute race discrimination in violation of Title VII, Section 1981 and the PHRA.

75. As a direct and proximate result of Hydro's illegal discriminatory conduct, TMB has suffered harms and losses in the form of severe emotional distress, harm to her career, anxiety, stress, humiliation, embarrassment, back pay and benefits, and front pay and benefits.

WHEREFORE, TMB respectfully demands judgment in her favor and against Hydro for compensatory damages, back pay, front pay in lieu of reinstatement, lost benefits, negative tax consequence damages, punitive damages (under Title VII and Section 1981 only), attorney's fees plus costs, declaratory relief that the conduct engaged in by Hydro violated TMB's civil rights, equitable/injunctive relief directing Hydro to cease any and all unlawful race discrimination against black employees and such other relief as the Court shall deem proper.

### COUNT II – GENDER DISCRIMINATION
### TITLE VII and THE PHRA

76.  Paragraphs 1 through 72 are incorporated by reference as if fully set forth herein.

77. The acts, failures to act, practices and policies of Hydro set forth above constitute gender discrimination in violation of Title VII and the PHRA.

78. As a direct and proximate result of Hydro's illegal discriminatory conduct, TMB has suffered harms and losses in the form of severe emotional distress, harm to her career, anxiety, stress, humiliation, embarrassment, back pay and benefits, and front pay and benefits.

WHEREFORE, TMB respectfully demands judgment in her favor and against Hydro for compensatory damages, back pay, reinstatement or front pay, lost benefits, negative tax consequence damages, punitive damages (under Title VII only), attorney's fees plus costs, declaratory relief that the conduct engaged in by Hydro violated TMB's civil rights, equitable/injunctive relief directing Hydro to cease any and all unlawful gender discrimination against female employees and such other relief as the Court shall deem proper.

## COUNT III – RETALIATION
### TITLE VII, SECTION 1981 and THE PHRA

79. Paragraphs 1 through 72 are incorporated by reference as if fully set forth herein.

80. The acts, failures to act, practices and policies of Hydro set forth above constitute retaliation in violation of Title VII, Section 1981 and the PHRA.

81. As a direct and proximate result of Hydro's illegal retaliatory conduct, TMB has suffered harms and losses in the form of severe emotional distress, harm to her career, anxiety, stress, humiliation, embarrassment, back pay and benefits, and front pay and benefits.

WHEREFORE, TMB respectfully demands judgment in her favor and against Hydro for compensatory damages, back pay, reinstatement or front pay, lost benefits, negative tax consequence damages, punitive damages (under Title VII and Section 1981 only), attorney's fees plus costs, declaratory relief that the conduct engaged in by Hydro violated TMB's civil rights, equitable/injunctive relief directing Hydro to cease any and all unlawful retaliation against employees and such other relief as the Court shall deem proper.

Respectfully submitted,

By: _Scott M. Pollins_____
Scott M. Pollins - Pa. Atty. Id. No. 76334
Rachael E. Reeves – Pa. Atty. Id. No. 331870
**Pollins Law**
303 W. Lancaster Ave., Ste. 1C
Wayne, PA 19087
(610) 896-9909 (phone)/(610) 896-9910 (fax)
scott@pollinslaw.com/rachael@pollinslaw.com (email)

Attorneys for Plaintiff, Tracey D. McMillan-Booker

Date: ___6/8/23_____

17